IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K. SCOTT STOKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 1:21-cv-02426-MHC |
| ALTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff K. Scott Stokes and Defendant ALTS, LLC, by and through the undersigned

counsel of record, hereby stipulate and agree that the instant matter be dismissed

with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: September 7, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

1

/s/K. Prabhaker Reddy
K. Prabhaker Reddy
Georgia Bar No. 597320
The Reddy Law Firm, P.C.
1325 Satellite Boulevard, N.W., Suite 1506
Suwanee, Georgia 30024
Tel: (678) 629-3246
kpr@reddylaw.net

## CERTIFICATE OF SERVICE

I certify that on September 7, 2021, I filed the within and foregoing Stipulation

of Dismissal with Prejudice using the CM/ECF System for the federal District Court

for the Northern District of Georgia, resulting in a true and correct copy of the same

to be delivered via electronic mail to the following counsel of record:

K.P. Reddy, Esq.
The Reddy Law Firm, P.C.
1325 Satellite Boulevard, N.W., Suite 1506
Suwanee, Georgia 30024
Tel: (678) 629-3246
kpr@reddylaw.net

/s/Craig J. Ehrlich
Craig J. Ehrlich

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich